Peter R. Afrasiabi, Esq. (Bar No. 193336)
pafrasiabi@onellp.com
John Tehranian, Esq. (Bar. No. 211616)
jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan, Esq. (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Phone: (310) 866-5157

Attorneys for Plaintiff,
Mavrix Photographs LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VIACOM INTERNATIONAL, Inc., a corporation; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:14-cv-9355<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Mavrix Photographs LLC ("Mavrix"), by and through its attorneys of record, complains against Viacom, International, Inc., and DOES 1-10 (collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101, *et seq*. This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

2. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3. Plaintiff Mavrix is a limited liability company existing under the laws of California, with its principal place of business in Los Angeles, California.

4. Plaintiff is informed and believes and, upon such, alleges that Defendant Viacom International, Inc., is a subsidiary of Viacom, Inc., with its principal place of business in New York, New York.

5. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

# STATEMENT OF FACTS

### *The Photos Forming the Subject Matter of This Dispute*

6. Mavrix Photo, Inc., ("MPI") is a prominent celebrity photography agency that licenses its photographs on an exclusive and non-exclusive basis to a multitude of top-tier media outlets, including, the world's leading newspapers, television programs and magazines, like People and US Weekly. MPI has licensed individual images of celebrities for over $100,000 to major content outlets.

7. MPI made certain photographs of superstar Beyonce Knowles available for licensing on an individual or blanket basis through MPI since the first publication of the images. These images are collectively referred to herein as the "Beyonce Photos." In fact, many of the Beyonce Photos have been individually licensed as standalone works.

8. MPI made a photograph of Joe Simpson available for licensing through MPI since the first publication of the image. Joe Simpson is a notorious television producer, personal talent manager, and father of celebrity actors/singers Jessica Simpson and Ashlee Simpson. The image is referred to herein as the "Simpson Photo."

9. MPI filed for copyright registration of the Beyonce Photos within 90 days of their authorship and first publication.

10. MPI filed for copyright registration of the Simpson Photo within 90 days of their authorship and first publication.

11. MPI has assigned to Plaintiff Mavrix all rights (including the copyright) to the Beyonce Photos and the Simpson Photo.

### *The Defendants and the Marketplace*

12. On information and belief, Defendant Viacom International, Inc., is a subsidiary of Viacom, Inc., a publically traded company. Viacom International, through its division Viacom Media Networks, owns and operates the MTV Channel and the MTV website (www.mtv.com) at all times relevant to this dispute.

13. On information and belief, Defendant Viacom International, Inc., operates the Logo Network and the NewNowNext website (www.NewNowNext.com) at all times relevant to this dispute.

14. On information and belief, mtv.com targets an adolescent and young adult audience by providing content focused on celebrities. Images of well-known actors and pop-singers drive traffic to the website. On information and belief, mtv.com attracts hundreds of thousands of unique viewers every month.

15. On information and belief, NewNowNext targets a gay, bisexual, and transsexual audience by providing content relating to the gay community and pop culture celebrities. On information and belief newnownext.com attracts hundreds of thousands of unique viewers every month.

16. Viacom has, on information and belief, violated federal law by willfully infringing Mavrix copyrights to at least four different photographs. Attached hereto as Exhibit A is a true and correct copy of screenshots showing Viacom's use of the Beyonce Photos on mtv.com. Attached as Exhibit B is a true and correct copy of a screenshot showing Viacom's use of the Simpson Photo on the NewNowNext website.

17. On or around November 17, 2011, Viacom reproduced, distributed, and publicly displayed at least three of the Beyonce Photos, on its website without permission, consent, or license.

18. On or around February 18, 2014, Viacom reproduced, distributed, and publically displayed at least one Simpson Photo, on its website without permission, consent, or license.

19. On information and belief, Viacom's reproduction, distribution and public display of Plaintiff's photographs continues unabated to this very day.

20. On information and belief, Viacom has driven significant traffic to mtv.com and newnownext.com, respectively, in large part due to the presence of the sought after and searched-for celebrity images that frame this dispute. All of this traffic translates into

substantial ill-gotten commercial advantage and revenue generation for Viacom as a direct consequence of their infringing actions.

# FIRST CLAIM FOR RELIEF
## (Copyright Infringement, 17 U.S.C. § 501)
### Against Viacom International

21. Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 20 above.

22. Mavrix is the rightsholder to the copyrights of the Beyonce Photos and the Simpson Photo, which substantially consist of wholly original material that constitutes copyrightable subject matter under the laws of the United States. MPI and Mavrix have complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Beyonce Photos and the Simpson Photo have been timely registered with the United States Copyright Office. The copyright registration numbers for the Beyonce Photos and the Simpson Photo are VA 1-799-844 (Exhibit C) and VA 1-913-278 (Exhibit D) respectively.

23. All rights, including copyrights, in and to: (1) the Beyonce Photos protected under registration number VA 1-799-844 were assigned to Plaintiff on or around February 25, 2013, and (2) the Simpson Photo protected under registration number VA 1-913-278 were assigned to Plaintiff on or around April 7, 2014.

24. Viacom has directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying, distributing and utilizing the Beyonce Photos and the Simpson Photo, for purposes of trade in violation of 17 U.S.C. § 501, *et seq.*

25. Viacom has willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and utilizing the Beyonce Photos and the Simpson Photo for purposes of trade.

26. On information and belief, Viacom's acts of infringement are willful because, *inter alia*, Viacom is a sophisticated online publisher with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

27. On information and belief, Viacom, despite such knowledge, willfully reproduced, publicly distributed and publicly displayed the Beyonce Photos on mtv.com, and the Simpson Photo on NewNextNow.com.

28. Viacom has received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Beyonce Photos and the Simpson Photo, for purposes of trade, including by increasing the traffic to mtv.com and NewNextNow.com, respectively, and thus, increasing the advertising fees realized.

29. The actions of Viacom were and are continuing to be performed without the permission, license or consent of Mavrix.

30. The wrongful acts of Viacom have caused, and are causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Viacom from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Plaintiff seeks a declaration that Viacom is infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Viacom from any further infringement of Plaintiff's copyrights.

31. As a result of the acts of Viacom alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

32. Because of the willful nature of the copyright infringement, Plaintiff is entitled to an award of statutory damages of up to $150,000 per registered work infringed.

33. Plaintiff has identified at least three works infringed by Viacom, which occurred by way of reproduction, public distribution, and public display of the Beyonce Photos on mtv.com.  Therefore, Mavrix is entitled to an award of $450,000 in statutory

damages. Alternatively, at its discretion, Mavrix is entitled to actual damages in an amount to be proven at trial for the infringement of these works.

34. Plaintiff has identified at least one work infringed by Viacom, which occurred by way of reproduction, public distribution, and public display of the Simpson Photo on newnownext.com. Therefore, Mavrix is entitled to an award of $150,000 in statutory damages. Alternatively, at its discretion, Mavrix is entitled to actual damages in an amount to be proven at trial for the infringement of these works.

35. Plaintiff is also entitled to its attorney's fees in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the photographs at issue.

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c), with respect to the Beyonce Photos and the Simpson Photo, and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

7
COMPLAINT

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: December 4, 2014

**ONE LLP**

By: _____
Joanna Ardalan, Esq.
Peter R. Afrasiabi, Esq.
John Tehranian, Esq.
Attorneys for Plaintiff,
Mavrix Photographs LLC

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: December 4, 2014            **ONE LLP**

By: _____
Joanna Ardalan, Esq.
Peter R. Afrasiabi, Esq.
John Tehranian, Esq.
Attorneys for Plaintiff,
Mavrix Photographs LLC

**COMPLAINT**