# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a limited liabilty company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIACOM INTERNATIONAL, INC., a corporation; and DOES 1-10 INCLUSIVE,<br><br>　　　　　Defendant. | Case No. 2:14-cv-9355-JAK-SHx<br><br>**ORDER GRANTING STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**JS-6**<br><br>Hon. John A. Kronstadt |

236837.1

ORDER

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

# **ORDER**

Now before the Court is the Stipulation To Dismiss Action With Prejudice, which was filed by Plaintiff Mavrix Photographs LLC and Defendant Viacom International Inc. on March 27, 2015 (the "Stipulation").

Upon consideration of the Stipulation, and good cause appearing, it is hereby ordered that:

(1) This Action, including all claims asserted therein, is hereby **DISMISSED WITH PREJUDICE**; and

(2) Each party shall bear its own attorneys' fees and costs.

Dated: March 30, 2015

Hon. John A. Kronstadt
United States District Judge

236837.1

1

ORDER